UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:14-CR-00276(1)-ADA |
| | § | |
| (1) CATRINA MARIE CONNER | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  October 16, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) CATRINA MARIE CONNER, which alleged that Conner violated a condition of her supervised release and recommended that Conner 's supervised release be revoked (Clerk's  Document No. 128).  A warrant issued and Conner was arrested.  On December 17, 2025, Conner appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Conner appeared before the magistrate judge on January 13, 2026, waived her right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on January 14, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Conner, the magistrate judge recommends that this court revoke Conner supervised release and that Conner be sentenced to the following:

(1) a fourteen (14)-month term of imprisonment, including credit for any time in federal custody already served since her arrest, to run consecutively to the term of imprisonment imposed in her second federal case (6:13-CR-56(1)-ADA) and to any period of imprisonment imposed in Conner's pending Texas state court action;

(2) a two-year period of supervised release to follow, which shall run concurrently with the period of supervised release imposed in her second federal case (6:13-CR-56(1)-ADA) case but consecutively to any period of release imposed in her pending Texas state court case; and

(3) the undersigned further RECCOMENDS that the following special conditions be imposed for Conner's period of supervised release:

(a) employment restrictions preventing Conner from working in any field with access to personal identifying information or financial information of others (including home healthcare);

(b) a mental health assessment with treatment and medications;

(c) cognitive educationbased classes or programs;

(d) theft-prevention classes or programs; and (e) a GPS Location Monitor for the first six months of her supervision (Clerk's Document No. 144).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On January 13, 2026, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 143). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 144 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) CATRINA MARIE CONNER's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) CATRINA MARIE CONNER be sentenced to the following:

(1) a fourteen (14)-month term of imprisonment, including credit for any time in federal custody already served since her arrest, to run consecutively to the term of imprisonment imposed in her second federal case (6:13-CR-56(1)-ADA) and to any period of imprisonment imposed in Conner's pending Texas state court action;

(2) a two-year period of supervised release to follow, which shall run concurrently with the period of supervised release imposed in her second federal case (6:13-CR-56(1)-ADA) case but consecutively to any period of release imposed in her pending Texas state court case; and

(3) the following special conditions shall be imposed for Conner's period of supervised release:

(a) employment restrictions preventing Conner from working in any field with access to personal identifying information or financial information of others (including home healthcare);

(b) a mental health assessment with treatment and medications;

(c) cognitive educationbased classes or programs;

(d) theft-prevention classes or programs; and (e) a GPS Location Monitor for the first six months of her supervision

All prior conditions of supervised release are reimposed.

Signed this 22nd day of January, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE